**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 87 EM 2017 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DESHAWN NEWMAN, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DISMISSED, WITHOUT PREJUDICE to Petitioner to seek similar relief in the presently pending Post Conviction Relief Act petition.